IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HENRY A. GAILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-CV-461-WKW |
| ) | |
| R. JAMES NICHOLSON, *Secretary,* ) | |
| *Department of Veterans Affairs*, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION & ORDER**

On October 31, 2008, the Magistrate Judge filed a Report and Recommendation ("Recommendation") in this case.  (Doc. # 40.)  Plaintiff Henry A. Gaillard ("Gaillard") objected to the Recommendation.  (Doc. # 44.)  Gaillard objects that a review of the evidence "will confirm that appropriate administrative avenues were exhausted."[1]  (Doc. # 44 ¶ 2.)  The portions of a recommendation to which a defendant objects are reviewed *de novo*.  28 U.S.C. § 636(b)(1)(C).

A *de novo* review of the record and law confirms that the Magistrate Judge's Recommendation (Doc. # 40) to grant Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. # 32) should be adopted because Gaillard failed to exhaust his administrative remedies.  Therefore, it is ORDERED that:

1. Gaillard's objections (Doc. # 44) are OVERRULED.

---

[1] Gaillard also objects to issues not particular to the recommendation.

2. The Recommendation of the Magistrate Judge (Doc. # 40) that Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. # 32) is ADOPTED, and the case is DISMISSED without prejudice based upon Gaillard's failure to exhaust administrative remedies.

3. Defendant's motion (Doc. # 32) is GRANTED.

4. Plaintiff's request for appointment of counsel (Doc. # 35 ¶ 5) is DENIED AS MOOT.

5. This case is DISMISSED with prejudice.

DONE this 17th day of February, 2009.

    /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE