IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HENRY A. GAILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-CV-461-WKW [WO] |
| ) | |
| R. JAMES NICHOLSON, *Secretary,* ) | |
| *Department of Veterans Affairs*, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that Judgment is ENTERED in favor of Defendant and against Plaintiff, and that Plaintiff takes nothing by his suit.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 17th day of February, 2009.

                                                  /s/  W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE